USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

**MEMO ENDORSED**

Petitioner may supplement his objections to the Report and Recommendation, including with a Memorandum of law, provided he serves and files it by May 5, 2008. Respondents may respond by May 30 and Petitioner may reply by June 13.

SO ORDERED

Re: Palmer v. L. Marshall
07 Civ. 5917 (PKC)(JCF)

/s/ Castel, USDJ
3-31-08

DIN # 01AH746
Great Meadows Corr. Fac.
P.O. Box 51
Comstock, N.Y. 12821

March 27, 2008

RECEIVED
MAR 31 2008
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

Your Honor,

I received the Report and Recommendation of Magistrate Judge Francis on March 25, 2008. The letter was mailed to Upstate Corr. Fac., a facility Petitioner notified the Court that he's no longer located there. The mail was forwarded to Great Meadows Correctional Facility on March 25, 2008 at which time I received it. (See Copy of the envelop sent by the Court which shows the date this facility received the mail) attached herein.

I object to every and all Report and Recommendation findings and conclusions. I further request this Court grant me an extension of time to file my objection and memorandum of law until May 11th, 2008.

Petitioner is only able to visit the law library twice a week for 3½ hours per day, therefore needing

1

a reasonable amount of time to file his objection.

Also, on January 21, 2008, I serve upon this Court my hand written Reply to the State Response and served same upon the district attorney.

From the Court docket sheet sent to me today March 27, 2008, it appear this Reply to Response was not filed by the Court and from a reading of Magistrate Judge Francis Report and Recommendation it is clear he failed to consider the Reply to Response.

I am forwarding a copy of this Reply to Response directly to your Honor's chambers and requesting it be considered in the adjudication of this petition for Writ of Habeas Corpus. (Reply to Response attach herein).

Petitioner was given the 21st of January to Reply which I did comply with.

For the foregoing reasons I request this Motion and Request be granted in all respect.

Respectfully Requested
Darrol Painter
Pro-se

28 U.S.C. 1746
I declare under the penalty of perjury that the foregoing is true and correct.

3-27-08

File:



Devrol Palmer
01-A-4746
Great Meadow Corr. Facility
11739 State Route 22
P.O. Box 51
Comstock, NY 12821-0051

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300

$01.48