# MEMO ENDORSED

DEVROL PALMER 01-A-4746
GREAT MEADOW CORRECTIONAL FACILITY
BOX 51
COMSTOCK, NEW YORK
12821

May 19th, 2008

*RECEIVED MAY 22 2008 CHAMBERS OF P. KEVIN CASTEL U.S.D.J.*

Re: Devrol Palmer v. L. Marshall
07-civ-5917
(PKC)(JCF)

*[Handwritten endorsement:] The objection of Mr. Palmer dated May 9 was filed on May 13 and will be considered by the court. So Ordered. Application for appointment of counsel is denied without prejudice. So Ordered. [signature] USDJ 5-22-08*

Dear Your Honor,

Please be advice that on March 27th, 2008 I wrote to the Court requesting an extension of time until May 11th, 2008 to file an objection to the report and recommendation of Magistrate Judge Francis. On May 19th, 2008 I was notified by the Court that the extension was granted for May 5th, 2008 **see: exhibit A** attached herein.

On May 9th, 2008 I filed my objection with the Court and I am requesting the Court to please consider my objections because I was never notified by the Court that my extension was for May 5, It was only on the May 19, 2008 the Court sent me the docket sheet indicating the order of the Court, **see: exhibit B, letter sent by the Court.**

Also Your Honor, the docket sheet still failed to show that on January 21st, 2008 I filed with the court a reply to the D.A. response which included a renewal of my application for assignment of counsel, a copy was sent to Your honor upon me noticing that it was not filed by the clerk or considered by the magistrate judge. In fact Your Honor, my letter to the clerk asking whether an extension was granted of my request to file an objection to R&R was never even filed by the clerk.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

1.

I thank you for your time in this very important matter.

Respectfully Submitted

*Devrol Palmer 01A4446*

Devrol Palmer, Pro-se